JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

KELVIN STANLEY LOPEZ ZACATARES,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-06013-BFM

**JUDGMENT**

On October 20, 2026, the Court issued an order granting the petition and ordered Petitioner Kelvin Stanley Lopez Zacatares (A# 246-797-576) immediately released on the parole conditions previously imposed. (ECF 9 at 9.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 10.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: 10/23/2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE